JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-05524 SJO (CWx) | Date | September 11, 2013 |
|---|---|---|---|
| Title | Most Wanted Pictures Inc v. Christian Audigier Inc., et al. | | |

| Present: The Honorable | S. JAMES OTERO, UNITED STATES DISTRICT JUDGE |
|---|---|

| Christine Chung | NOT PRESENT |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NOT PRESENT | NOT PRESENT |

**Proceedings:**         (IN CHAMBERS)

     Pursuant to Plaintiff's Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c) dismissing the action in its entirety filed September 10, 2013 [59], the Court Orders this matter dismissed and directs the Clerk's Office to JS-6 this case.

     Accordingly, the Order to Show Cause re: Settlement hearing set for Friday, September 13, 2013 is vacated and off calendar. No appearances will be necessary on that date.

IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | | CCH |